ANN AMELIA SYKES et al., as Executors, etc., Respondents,
    *v.* THE SILVER LAKE ICE COMPANY, Appellant.

(Argued April 9, 1895; decided April 23, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made June 20, 1894, which affirmed a judgment in favor of plaintiffs entered upon a verdict and also affirmed an order denying a motion for a new trial.

*Forsyth Bros.* for appellant.

*Walter S. Hubbell* for respondents.

Agree to affirm; no opinion.
All concur, except HAIGHT, J., not sitting.
Judgment affirmed.

---

CHARLES T. BARNEY, as Administrator, etc., Appellant, *v.* THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Respondent.*

(Argued April 9, 1895; decided April 23, 1895.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made May 18, 1894, which sustained defendant's exceptions and granted a motion for a new trial.

*James A. Deering* for appellant.

*David J. Dean* for respondent.

Agree to affirm on opinion below.
All concur.
Order affirmed.

---

*Reported below, 78 Hun, 336.